UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

RENE ALLARD,

                            Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Mag. 2734

Defendant Rene Allard hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or __X_ teleconferencing:

__x__    Initial Appearance Before a Judicial Officer

____    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__    Bail/Detention Hearing

____    Conference Before a Judicial Officer


___/s/ Rene Allard_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's Signature

__Rene Allard_____
Print Defendant's Name

__Stephen Miller_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___11/10/2020_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge